```
            UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    v.                      Criminal No. 07-cr-189-03-PB

<u>Cirino Gonzalez</u>

<u>ORDER</u>

Re: Document No. 433, Motion to Reschedule Date of Jury Selection

Ruling: Jury selection was previously scheduled for June 18, 2008. On May 13, 2008, the Court held a conference of counsel on attorney Bownes's "Notice of Ineffective Assistance of Counsel". At the conference, attorney Bownes explained that he had a personal matter to attend to outside of New Hampshire from June 16 to June 18, and he requested that jury selection be rescheduled. At that time attorney Bownes stated that he would be available for jury selection on June 19, 2008. Accommodating attorney Bownes's request, the Court rescheduled jury selection in this case to June 19, 2008. Attorney Bownes now indicates that he "mis-communicated the dates that he was available for jury selection." The Court will not reschedule jury selection again. Motion denied.

                                           <u>/s/ George Z. Singal</u>
                                          Chief United States District Judge

Date:  May 20, 2008

cc:  Counsel of Record